3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRIAN MAURICE BROWN,

        Defendant.

_____/

Case:2:16-cr-20195
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 03-22-2016 At 10:38 AM
INDI USA V. BROWN (NA)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of Firearms

On or about December 2, 2015, in the Eastern District of Michigan, Southern Division, BRIAN MAURICE BROWN, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is A Smith And Wesson semi-automatic handgun, bearing serial number HEZ0029 (which was partially obliterated), that was manufactured outside the state of Michigan and thus traveled in interstate commerce, in violation

1

of Title 18, United States Code, Section 922(g)(1).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson

BARBARA L. MCQUADE
United States Attorney

s/Steven P. Cares
Steven P. Cares
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
313-226-9139
steven.cares@usdoj.gov

Dated: March 22, 2016

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:16-cr-20195<br>Judge: Edmunds, Nancy G.<br>MJ: Whalen, R. Steven<br>Filed: 03-22-2016 At 10:38 AM<br>INDI USA V. BROWN (NA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: *SPC* |

**Case Title:** USA v. Brian Maurice Brown

**County where offense occurred:** Wayne County and elsewhere

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 15-mj-30572 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 22, 2016
Date

*/s/ Steven P. Cares*
Steven P. Cares
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9139
Fax:   (313) 226-3265
E-Mail address: steven.cares@usdoj.gov
Attorney Bar #: P68503

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

04/13