UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 16-cr-20195

    Honorable Nancy G. Edmunds

Brian Maurice Brown,

    Defendant.

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Brian Maurice Brown, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to 10 years imprisonment, and a $250,000 fine.

FILED
MAR 22 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

_____
Brian Maurice Brown
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Steven F. Fishman
Counsel for Defendant

Dated: 3/22/16