UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRIAN MAURICE BROWN,

        Defendant.

_____/

NO. 16-20195

HON. NANCY G. EDMUNDS

## **GOVERNMENT'S MOTION TO REVOKE BOND**

On December 3, 2015, the defendant Bryan Maurcie Brown was charged in a criminal complaint for being a felon in possession of a firearm. (R.1: Complaint). He was indicted on this same charge on March 22, 2016. (R.10: Indictment). After making his initial appearance, Brown was given bond. (R.14: Order).

The Bail Reform Act of 1984 provides that "the attorney for the Government may initiate a proceeding for revocation of an order of release by filing a motion with the district court." 18 U.S.C. § 3148(b). The Act authorizes the court to order pretrial detention on the basis of dangerousness if there is "no condition or combination of conditions or [pretrial release] will reasonably assure ... the safety of any other person and the community." 18 U.S.C. § 3142(e), (f).

The government believes that the Court should revoke Brown's bond and

should hold a hearing where the government can explain the basis for this request. Undersigned counsel has spoken with Brown's attorney, who does not object to a hearing, but does not concur in the relief requested, namely that Court revoke the defendant's bond.

                                              Respectfully submitted,

                                              BARBARA L. MCQUADE
                                              United States Attorney

                                              s/Steven P. Cares
                                              STEVEN P. CARES
                                              Assistant United States Attorney
                                              211 West Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              (313) 226-9139
                                              steven.cares@usdoj.gov

Date: March 21, 2017

## CERTIFICATION OF SERVICE

I hereby certify that on **March 21, 2017**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

s/Steven P. Cares (P68503)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan  48226
Phone: (313) 226-9139
E-mail: steven.cares@usdoj.gov
