UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No. 2:16−cr−20195−NGE−RSW
　　　　　　　　　　　　　　　　　　　Hon. Nancy G. Edmunds
Brian Maurice Brown,

           Defendant(s),

_____

**NOTICE TO APPEAR**

  The following defendant(s) are hereby notified to appear:  Brian Maurice Brown

  The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  May 23, 2019 at 02:30 PM
- PLEA HEARING:  May 23, 2019 at 02:30 PM

**Certificate of Service**

  I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                By: s/L. Bartlett
                                      Case Manager

Dated:  May 16, 2019