UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

       Plaintiff,

-vs-                              Case # 16-20195

                                    HON. NANCY EDMUNDS

**BRIAN BROWN,**

       Defendant.
_____/

## MOTION FOR VARIANCE
## FROM SENTENCING GUIDELINE RANGE

    Now comes Brian Brown, Defendant herein, by and through his attorney Steven Fishman, and moves for a variance from the sentencing guideline range for the reasons set forth in his sentencing memorandum filed this same date.

                                                s/ Steven Fishman
                                                Steven Fishman (P23049)
                                                Attorney for Defendant Brown
                                                615 Griswold, Suite #1125
                                                Detroit, MI 48226
                                                (313) 920-2001
                                                e-mail: sfish66@yahoo.com

Dated: February 19, 2020

## **CERTIFICATE OF SERVICE**

This is to certify that on February 19, 2020, I served a copy of the attached motion upon Steven Cares, AUSA, by filing same electronically.

s/ Steven Fishman
Steven Fishman
