UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

      **Plaintiff,**

-vs-                                      Case #  16-20195

                                                  HON. NANCY EDMUNDS

**BRIAN BROWN**,

      **Defendant.**
_____/

## STIPULATION AND ORDER EXTENDING REPORT DATE

This matter having come before the Court pursuant to Defendant Brown's request to extend his report date due to the COVID-19 pandemic, the government having no objection to said extension, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Brown's report date be extended from March 15, 2021 to June 15, 2021.

                                                  s/ Nancy G. Edmunds
                                                  **HON. NANCY EDMUNDS**

Approved as to substance and form:

s/ Steven Fishman
Steven Fishman
Attorney for Defendant Brown

s/ Steven Cares, AUSA (w/ permission)
United States Attorney's Office