# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

      **Plaintiff,**

-vs-                                           Case #  16-20195

                                                      **HON. NANCY EDMUNDS**

**BRIAN BROWN**,

      **Defendant.**

_____/

## ORDER EXTENDING REPORT DATE

This matter having come before the Court pursuant to Defendant Brown's request to extend his report date due to the COVID-19 pandemic, the government having no objection to said extension, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Brown's report date be extended from September 15, 2021 to January 15, 2022.

                                                                    s/ Nancy G. Edmunds
                                                                   **HON. NANCY EDMUNDS**

**Dated: August 31, 2021**

Approved as to substance and form:

s/ Steven Fishman
Steven Fishman
Attorney for Defendant Brown

s/ Steven Cares, AUSA (w/ permission)
United States Attorney's Office